IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GULF COAST OIL CORPORATION, | § | CASE NO. 08-50213 |
| | § | |
| CENTURY RESOURCES, INC., | § | CASE NO. 08-50214 |
| | § | |
| NEW CENTURY ENERGY CORP. | § | CASE NO. 08-50215 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | Jointly Administered Under Case No. 08-50213 |

**NOTICE OF FILING OF ANDREWS KURTH LLP'S
FEE STATEMENT FOR JANUARY 1 THOUGH JANUARY 31, 2009**

NOTICE IS HEREBY GIVEN that attached as Exhibit "1" hereto is the Fee Statement for Andrews Kurth LLP for the time period from January 1 through January 31, 2009, filed pursuant to the *Order Under 11 U.S.C. §§ 105, 330, 331 and 503 Establishing Procedures for Compensation and Reimbursement of Professionals* [Docket No. 98].

Dated: February 25, 2009

                                                   **GULF COAST OIL CORPORATION,
CENTURY RESOURCES, INC., and NEW
CENTURY ENERGY CORP**

                                                   By: /s/ David Zdunkewicz
                                                 David Zdunkewicz, Attorney-in-Charge
                                                 Tex. Bar No. 22253400 / S.D. Tex. No. 11596
                                                 Chasless Yancy
                                                 Tex. Bar No. 24033481 / S.D. Tex. No. 29931
                                                 600 Travis, Suite 4200
                                                 Houston, Texas 77002
                                                 (713) 220-4200, telephone
                                                 (713) 220-4285, facsimile
                                                 dzdunkewicz@andrewskurth.com
                                                 cyancy@andrewskurth.com

                                                 COUNSEL FOR THE DEBTORS
                                                 AND DEBTORS-IN-POSSESSION

OF COUNSEL:

A<span/>NDREWS K<span/>URTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200, telephone
(713) 220-4285, facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing Notice were served on the parties on the Official Service List as of the date hereof by first-class United States mail, postage prepaid, on this 25th day of February, 2009 Service on known Filing Users will automatically be accomplished through Notice of Electronic Filing as contemplated by this Court's Administrative Procedures for Electronic Filing.

      /s/ David Zdunkewicz
      David Zdunkewicz, Attorney-in-Charge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GULF COAST OIL CORPORATION, | § | CASE NO. 08-50213 |
| | § | |
| CENTURY RESOURCES, INC., | § | CASE NO. 08-50214 |
| and | § | |
| NEW CENTURY ENERGY CORP., | § | CASE NO. 08-50215 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 08-50213 |

OFFICIAL MASTER SERVICE LIST
as of February 25, 2009

**Debtors**

New Century Energy Corp.
Gulf Coast Oil Corporation
Century Resources, Inc.
Edward R. DeStefano
Chief Executive Officer
1770 St. James Place, Suite 380
Houston, Texas 77056

**Counsel for Debtors**

David Zdunkewicz
Chasless Yancy
ANDREWS KURTH, LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile:  (713) 220-4285
dzdunkewicz@andrewskurth.com
cyancy@andrewskurth.com

**United States Trustee**

Hector Duran, Jr.
UNITED STATES TRUSTEE
United States Courthouse
515 Rusk Avenue, Room 3516
Houston, Texas 77002

**Secured Creditors**

Laurus Master Fund LP
335 Madison Avenue, 10th Floor
New York, NY 10017

HOU:2827429.6

**20 Largest Unsecured Creditors**

R. A. Lenser & Associates
14702 Oak Bend
Houston, TX 77079

David M. Loev
Loev Corporate Filings
5301 Holly Street
Bellaire, TX 77401

White Wolf Land Service
1412 17th Street, #560
Bakersfield, CA 93301

Weatherford US LP
P. O. Box 2000019
Houston, TX 77216-0019

H&B Packer Services, Inc.
2601 North Mechanic
P. O. Box 708
El Campo, TX 77437

Wharton County Electric Coop
P. O. Box 31
El Campo, TX 77437-0031

Agility Financial Partners LLC
P. O. Box 7896
Spring, TX 77387

Karnes Electric Cooperative
P. O. Box 7
Karnes City, TX 78118-0007

Tate Supply Company
P. O. Drawer 360
Freer, TX 78357

R. Trevino Electric & Refrigeration
535 Taylor Road
Falfurrias, TX 78355

CPL Retail Energy
P. O. Box 22136
Tulsa, OK 74121-2136

Steve Fry
2116 Palm Village Blvd
Bay City, TX 77414

GM Compressor and Pump, Inc.
P. O. Box 604
Alice, TX 78333

Texas Energy Services, L.P.
P. O. Box 2108
Alice, TX 78333

Texas Hot Shot
P. O. Box 42406
Houston, TX 77242

Texas Propane Energy Co.
P. O. Box 1497
Three Rivers, TX 78071

PMB Helin Donavan, LLP
5918 West Courtyard Drive
Suite 400
Austin, TX 78730

Continental Stock & Transfer
17 Battery Place
New York, NY 10004

Pipeline Accident Prevention Services
21175 Tomball Parkway, #370
Houston, TX 77070

McJunkin Red Man Corporation
P. O. Box 849784
Dallas, TX 75284-9784

Wiley Lease Service
P. O. Box 395
Charlotte, TX 78011

Treat-Em-Rite Corporation
P. O. Box 214
Pearsall, TX 78061

James E. Cooper & Son
375 Bluntzer Road
Jourdanton, TX 78026

Heritage Well Supply
P. O. Box 249
Charlotte, TX 78011

M&G Development, L.P.
P. O. Box 8
Alice, TX 78333

Bowen Welding
P. O. Box 981
Pleasanton, TX 78064

Victoria Oilfield Rental Sales, Inc.
P. O. Box 3942
Victoria, TX 77903

House Electric
P. O. Box 418
Tilden, TX 78072-0418

**Interested Parties &
Parties Requesting Notice**

Internal Revenue Service
Insolvency Group
1919 Smith Street, Stop 5022 HOU
Houston, TX 77002

Fort Worth Regional Office
Internal Revenue Service
Rose L. Romero, Regional Director
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102

Securities Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Phil F. Snow
SNOW FOGEL SPENCE LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
telephone: (713) 335-4802
facsimile:  (713) 335-4848
philsnow@snowfogel.com

Counsel for Baker Hughes Oilfield
Operations, Inc.

Christopher Ryan
Baker Hughes Oilfield Operations, Inc.
2929 Allen Parkway, Suite 2300
Houston, TX 77019

Stuart Komrower, Esq.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
25 Main Street
Hackensack, NJ 07601
Telephone: 201.525.6331
Facsimile:  201.678.6331
skomrower@coleschotz.com

Counsel for Laurus Master Fund, *et al.*

Susan C. Mathews
Michael N. Mire
ADAMS AND REESE LLP
1221 McKinney, Suite 4400
Houston, Texas 77010
Tel: 713.652.5151
Fax: 713.652.5152
susan.mathews@arlaw.com
michael.mire@arlaw.com

Counsel for Valor Energy Corp.

John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P. O. Box 3064
Houston, TX 77253-3064
Telephone: 713.844.3478
Fax: 713.844.3503
houston_bankruptcy@publicans.com

Counsel for Matagorda County, TX and
 Wharton County, TX

Sonia Anne Chae
SECURITIES & EXCHANGE COMMISSION
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604
Telephone: 312.353.7390

Attorney for the Securities and
 Exchange Commission

Michael D. Warner, Esq.
WARNER STEVENS, LLP
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.810.5250
Facsimile: 817.810.5255
mwarner@warnerstevens.com

Counsel for Laurus Master Fund, *et al.*

Ben B. Floyd
Timothy A. Million
MUNSCH HARDT KOPF & HARR, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, Texas 77002
Telephone: 713.222.1470
Fax: 713.222.1475
tmillion@munsch.com

Counsel for ABA Energy Corporation

David G. Aelvoet
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Telephone: 210.225.6763
Fax: 210.225.6410
sanantonio.bankruptcy@publicans.com

Counsel for McMullen County,
Jim Hogg Co ISD, and Jim Hogg County, TX

Michael P. Ridulfo
BROWN MCCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
Telephone 713.529.3110
Fax: 713.525.6295
mridulfo@mailbmc.com

Counsel for Atlas Tubular, L.P.

HOU:2827429.6

| | |
|---|---|
| BECKET AND LEE LLP<br>Gilbert B. Weisman<br>POB 3001<br>Malvern, PA 19355-0701<br>Telephone:  610.644.7800<br>Facsimile: 610.992.8493<br>notices@becket-lee.com<br><br>Attorney for American Express Bank FSB | Abigail Rushing Ryan<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548, MC-008<br>Austin, Texas 78711-2548<br>Telephone: 512.463.2173<br>Facsimile: 512.482.8341<br><br>Attorneys for the Railroad Commission of Texas |
| Steven C. Haley<br>MOORMAN, TATE, MOORMAN, URQUHART<br> & HALEY, L.L.P.<br>207 East Main<br>P.O. Box 1808<br>Brenham, Texas 77834-1808<br>Telephone:  979.836.5664<br>Facsimile:   979.830.0913<br>shaley@moormantate.com<br><br>Counsel for A. W. Hodde, Jr. | Fredreck S. "Field" Hudgens<br>HOOVER SLOVACEK LLP<br>5847 San Felipe, Suite 2200<br>Houston, Texas 77057<br>Telephone:  713.977.8686<br>Facsimile:  713.977.5395<br>hudgensbk@hooverslovacek.com<br><br>Attorneys for Creditor, 1770 St. James Limited Partnership |
| Chris B. Elliott<br>DUCKETT, BOULIGNY & COLLINS, L.L.P.<br>207 W. Jackson<br>P. O. Box 1567<br>El Campo, Texas 77437<br>Telephone: 979.543.6845<br>Facsimile: 979.543.9516<br>cbe@dbc-law.com<br><br>Attorneys for Clayton Coan | Jim Alan Adams<br>Attorney at Law<br>212 S. 2nd Street<br>Richmond, Texas 77469<br>Telephone: 281.341.0530<br>Facsimile: 281.342.4275<br><br>Attorney for Myska & Vandervoor, LLC |

HOU:2827429.6