

ENTERED
08/10/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GULF COAST OIL CORPORATION, | § | CASE NO. 08-50213 |
| | § | |
| CENTURY RESOURCES, INC., | § | CASE NO. 08-50214 |
| | § | |
| NEW CENTURY ENERGY CORP. | § | CASE NO. 08-50215 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | Jointly Administered Under Case No. 08-50213 |

**ORDER GRANTING INTERIM AND FINAL FEE APPLICATIONS FOR THE PERIOD JULY 27, 2008 THROUGH JUNE 12, 2009 AND AUTHORIZING PAYMENT OF ALLOWED FEES AND COSTS**

#333

[This Order Relates to Docket Nos. ____, ____, ____, ____, and ____]

CAME ON FOR CONSIDERATION the interim and final fee applications (collectively, the "Final Applications") of (1) Andrews Kurth LLP, as counsel for the Debtors; (2) the Loev Law Firm, P.C., as special SEC reporting counsel for the Debtors; (3) Malone & Bailey, P.C., as auditors for the Debtors; (4) Ham, Langston & Brezina, L.L.P. (f/k/a Thomas Leger & Co., L.L.P.), as tax professionals and audit consultants for the Debtors; and (5) R.A. Lenser & Associates, Inc., as independent oil and gas consultants for the Debtors and no objections having been made, and it appearing that proper and adequate notice has been given and that no further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY FOUND, ORDERED, ADJUDGED AND DECREED that:

1. **The Second Interim Period**: Compensation for services rendered and reimbursement of expenses for the second interim fee application period of January 1, 2009 through June 12, 2009 (the "Second Application Period") is allowed as follows:

HOU:2936770.2

(a) Andrews Kurth LLP ("AK")

(i) AK is awarded compensation for the Second Application Period for services rendered as Debtors' bankruptcy counsel in the amount of $319,633.25; and

(ii) AK is awarded reimbursement of expenses in the amount of $12,721.24.

(b) The Loev Law Firm, P.C. ("Loev Law")

(i) Loev Law is awarded compensation for the Second Application Period for services rendered as Debtors' special SEC reporting counsel in the amount of $21,012.00; and

(ii) Loev Law is awarded reimbursement of expenses in the amount of $21.00.

(c) Malone & Bailey, P.C. ("M&B")

(i) M&B is awarded compensation for the Second Application Period for services rendered as auditors for the Debtors in the amount of $60,595.00.

(d) Ham, Langston & Brezina, L.L.P. ("HLB")

(i) HLB is awarded compensation for the Second Application Period for services rendered as tax professionals and audit consultants for the Debtors in the amount of $21,181.00; and

(ii) HLB is awarded reimbursement of expenses in the amount of $67.93.

(e) <u>R. A. Lenser & Associates, Inc. ("Lenser")</u>

(i) Lenser is awarded compensation for the Second Application Period for services rendered as independent oil and gas consultants for the Debtors in the amount of $9,125.01; and

(ii) Lenser is awarded reimbursement of expenses in the amount of $5,783.84.

2. **<u>Final Application Period</u>**. Compensation for services rendered and reimbursement of expenses for the period July 27, 2008 through June 12, 2009 (the "Final Application Period") previously awarded on an interim basis, including those awarded by this Order for the Second Application Period, are hereby allowed on a final basis as follows:

(a) <u>AK</u>

(i) AK is awarded final compensation for services rendered during the Final Application Period to Debtors in the total amount of $821,493.25 and is awarded reimbursement of expenses on a final basis in the total amount of $44,432.41.

(ii) AK's request for payment of $155,832.58 for all amounts approved herein but not yet paid (the "AK Unpaid Amounts") is hereby approved.

(iii) AK is authorized to draw from its retainer of $50,000 (the "AK Retainer") in partial satisfaction of the AK Unpaid Amounts.

(b) <u>Loev Law</u>.

(i) Loev Law is awarded final compensation for services rendered during the Final Application Period to Debtors in the total amount of $47,573.42

HOU:2936770.2

and is awarded reimbursement of expenses on a final basis in the total mount of $46.90.

(ii) Loev Law's request for payment of $13,113.72 for all amounts approved herein but not yet paid (the "Loev Law Unpaid Amounts") is hereby approved.

(c) M&B.

(i) M&B is awarded final compensation for services rendered during the Final Application Period to Debtors in the total amount of $91,311.00.

(ii) M&B's request for payment of $7,119.00 for all amounts approved herein but not yet paid (the "M&B Unpaid Amounts") is hereby approved.

(d) HLB.

(i) HLB is awarded final compensation for services rendered during the Final Application Period to Debtors in the total amount of $39,852.90 and is awarded reimbursement of expenses on a final basis in the total amount of $166.13.

(ii) HLB's request for payment of $20,581.73 for all amounts approved herein but not yet paid (the "HLB Unpaid Amounts") is hereby approved.

(e) Lenser

(i) Lenser is awarded final compensation for services rendered during the Final Application Period to Debtors in the total amount of $50,501.16 and is awarded reimbursement of expenses on a final basis in the total amount of $22,914.57.

(ii) Lenser's request for payment of $26,162.88 for all amounts approved herein but not yet paid (the "Lenser Unpaid Amounts") is hereby approved.

3. The reorganized Debtors are hereby authorized and directed to pay the Professionals' Unpaid Amounts[1] from the Professional Fee Reserve established pursuant to their confirmed plan upon the entry of this order.

DATED this _____ day of _____, 2009.

*[signature]*
WESLEY W. STEEN
UNITED STATES BANKRUPTCY JUDGE

---

[1] the Professionals' Unpaid Amounts shall be defined as the collective of the AK Unpaid Amounts, the Loev Law Unpaid Amounts, the M&B Unpaid Amounts, the HLB Unpaid Amounts, and the Lenser Unpaid Amounts.

HOU:2936770.2